# United States Bankruptcy Court
## Eastern District of Washington

In re **Marcus A. DeWood** ,   Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Padgham, Luann** 47 E. High Drive Spokane, WA 99203 | | | DISPUTED | $261,940.00 |
| **American West Bank** 411 W. Riverside Avenue Spokane, WA 99201 | | | | $172,829.88 |
| **BCA Loan Serv LP** 450 American St SV416X Simi Valley, CA 93065 | | | | $167,719.00 |
| **BCA Loan Serv LP** 450 American St SV416X Simi Valley, CA 93065 | | | | $118,000.02 |
| **Washington Trust Bank** PO Box 2127 Spokane, WA 99210 | | | | $55,127.00 |
| **Moss Adams, LLP** 601 W. Riverside, Ste 1800 Spokane, WA 99201-0663 | | | | $50,115.73 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Marcus A. DeWood** , Case No. _____
               Debtor                                   Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bernardo & Willis<br>107 S. Howard 4th Floor<br>Spokane, WA 99201 | | | | $22,766.75 |
| National Maintenance Contr. of Spokane<br>PO Box 94563<br>Seattle, WA 98124-6863 | | | | $21.362.72 |
| Witherspoon Kelley Davenport & Toole<br>1100 US Bank Building<br>422 W. Riverside Avenue<br>Spokane, WA 99201-0300 | | | DISPUTED | $15,419.25 |
| Avista<br>1411 E. Mission Avenue<br>Spokane, WA 99252 | | | | $13,646.46 |
| Securitas Security Services USA Inc.<br>CRF Solutions<br>2051 Royal Ave<br>Simi Valley, CA 93065 | | | | $8,669.96 |
| River City Glass<br>6615 E. Main<br>Spokane, WA 99212 | | | | $4,878.78 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Marcus A. DeWood**, Case No.
Debtor  Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Air Choice-Aire Serv<br>3815 E. Trent<br>Spokane, WA 99202 | | | | $4,725.68 |
| City of Spokane<br>808 W. Spokane Falls Blvd<br>Spokane, WA 99256-0001 | | | | $4.686.55 |
| Etter McMahon Lamberson<br>Clary Troppmann & Oreskovich PC<br>618 W. RIverside Ave., 2nd Floor<br>Spokane, WA 99201 | | | | $3,607.26 |
| Empire Office Machines, Inc.<br>1411 N. Monroe St.<br>Spokane, WA 99201 | | | | $2,880.42 |
| Walter E. Nelson Co.<br>1017 N. Bradley<br>Spokane, WA 99203 | | | | $1,917.62 |
| Fruci & Associates PS<br>PO Box 2163<br>Spokane, WA 99210-2163 | | | | $1,887.46 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Marcus A. DeWood** , Case No. _____
                  Debtor        Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Otis Elevator Co.<br>PO Box 73579<br>Chicago, IL 60673-7579 | | | | $1,703.71 |
| All Walls EIFS, LLC | | | | $1.583.73 |

## DECLARATION UNDER PENALTY OF PERJURY

I, **Marcus A. DeWood**, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **4/29/2011**      Signature: **/s/ Marcus A. DeWood**

                                   **Marcus A. DeWood**
                                   (Print Name of Debtor)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.