DAN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
960 Paulsen Center
W. 421 Riverside Avenue
Spokane, WA 99201
(509) 624-0159

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No.: 11-02192-PCW11 |
| MARCUS A. DEWOOD, d/b/a N. ADAMS, LLC, d/b/a MARCUS A. DEWOOD MD PS, d/b/a N. JEFFERSON, LLC, d/b/a LILAC HOLDINGS, LLC, d/b/a PACIFICA INVESTMENT GRP, LLC, d/b/a WEST CENTRAL DEV, LLC, d/b/a MONROE COURT LIMITED PARTNERSHIP, d/b/a CONTINENTAL ONE, LLC, d/b/a PACIFIC GENERAL, INC., | Chapter 11 AMENDMENT TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
| Debtor. | |

Debtor hereby amends Schedules "A", "B", "D", and "H" and Statement of Financial Affairs question number 2 in the following respects:

<u>Schedule "A"</u>: Debtor owns eight (8) real estate lots valued at Seven Hundred Sixty Thousand Dollars ($760,000.00) and legally described as:

> Lots 1 through 8, inclusive, in Block 7 of D.P. Jenkins Addition, according to the plat recorded in Volume "E" of Plats at page(s) 26, in the City of Spokane, Spokane County, Washington

This property is encumbered as is hereinafter set forth below.

<u>Schedule "B"</u>: Debtor's Schedule "B(13)", Exhibit "3" lists Debtor's interest in West Central Development, LLC ("WCD") at a value of Seven Hundred Sixty Thousand Dollars ($760,000.00). The eight (8) real estate lots making up that value and being the only assets of

Amendment to Schedules and Statement of
Financial Affairs-1

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

11-02192-PCW11    Doc 12    Filed 05/03/11    Entered 05/03/11 08:35:30    Pg 1 of 8

WCD were deeded to Debtor pre-petition and should be removed. The lots are included in Schedule "A". (see: Above).

Schedule "D": Debtor's Schedule "D" is hereby amended in the following respects:

1. The eight (8) real estate lots described above represent additional collateral for the secured claim of Compass Arena Centre, LLC, whose claim is described in Schedule "D" of the original schedules; and

2. Luann Padgham filed two (2) documents captioned "Claim of Lien" on April 20, 2011. Copies of both claims of lien are attached hereto as Exhibit "1" allegedly and Exhibit "2". The $443,250.00 lien attached as Exhibit "1" encumbers the eight (8) lots described above. The lien in the amount of $310,500.00 allegedly encumbers Debtor's real estate commonly known as 803 N. Post Street, Spokane, Washington.

Schedule "H": Debtor amends Schedule "H" to include an oral lease of a portion of the real estate commonly known as 803 N. Post, Spokane, Washington. Debtor is landlord and ASAP Bail Bonds is tenant. The lease began in approximately 2008 and requires rent in the amount of Eight Hundred Dollars ($800.00) per month.

Statement of Financial Affairs: Debtor amends Statement of Financial Affairs question number 2 to reflect rent from tenant ASAP Bail Bonds received in 2009 of approximately $9,600.00, rent received in 2010 of approximately $9,600.00, and rent received in 2011 of approximately $3,200.00.

DATED this 2<sup>d</sup> day of May, 2011.

_____
MARCUS DEWOOD

Amendment to Schedules and Statement of Financial Affairs-2

SOUTHWELL & O'ROURKE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

04/20/2011 03:09:05 PM 5994228
Recording Fee $64.00 Page 1 of 3
Lien       LUANN PADGHAM
Spokane County Washington



**After recording return to:**
Luann Padgham

901 N. Monroe, Suite 250

Spokane, WA 99201

## CLAIM OF LIEN

| | |
|---|---|
| Claimant/Grantee(s): | Luann M. Padgham |
| Person or Company Indebted to Claimant/Grantor(s): | Marcus A. DeWood |
| Abbreviated Legal Description: | Jenkins D P the N 65 Ft of L1 B7, <br> Jenkins D P EXC the N 65 Ft of L1 B7 <br> Jenkins D P L2 B7 <br> Jenkins D P L3 B7 <br> Jenkins D P EXC 55 Ft L4 B7L3 B7 <br> Jenkins D P W5 Ft of L4 & All of L5 B7 <br> Jenkins D P L6 B7 <br> Jenkins D P L7 B7 |
| Assessor's Property Tax Parcel/Account No.: | Parcel #'s   35182.4801, 35182.4802, 35182.4803, 35182.4804, 35182.4805, 35182.4806, 35182.4807, 35182.4808 |
| Reference Numbers of Documents Assigned or Released: | |

NOTICE IS HEREBY GIVEN that the person named below claims a Lien pursuant to RCW 60.04. In support of this Lien, the following information is submitted:

**EXHIBIT** /

| | | |
|---|---|---|
| 1. | Name of Lien Claimant: | Luann M. Padgham |
| 2. | Telephone Number: | 509-993-6700 |
| 3. | Address: | 901 N. Monroe, Suite 250<br>Spokane, WA 99201 |
| 4. | Date on which the claimant began to perform labor, provides professional services, supply material or equipment, or the date on which the employee benefit contributions became due: | December 5, 2001 |
| 5. | Name of person or contractor indebted to claimant: | Marcus A. DeWood |
| 6. | Description of the property against which a Lien is claimed: | Eight (8) undeveloped lots commonly known as: 817 N. Adams, 1301 W. Mallon, 1309 W. Mallon, 1315 W. Mallon, 1321 W. Mallon, 1325 W. Mallon, 1328 W. Broadway and 1324 W. Broadway, Spokane, Washington. |
| 7. | Name of the owner or reputed owner: | Marcus A. DeWood |
| 8. | The last date on which labor was performed, professional services were furnished, contributions to an employee benefit plan were due, or material or equipment was furnished: | April 12, 2011 |
| 9. | Principal Amount for which the Lien i claimed: | $ 443,250.00 |
| 10. | If the claimant is the assignee of this claim, so state here: | ☒ No<br>☐ Yes - Assignor: _____ |

STATE OF WASHINGTON     )
                        )ss.
COUNTY OF _____ )

      <u>Luann M. Padgham</u>_____, being sworn, says: I am the claimant or an authorized representative of the claimant above named; I have read or heard the foregoing claim, read and know the contents thereof, and

CLAIM OF LIEN - PAGE 2 OF 3

11-02192-PCW11    Doc 12    Filed 05/03/11    Entered 05/03/11 08:35:30    Pg 4 of 8

believe the same to be true and correct and that the claim of lien is not frivolous and is made with reasonable cause, and is not clearly excessive under penalty of perjury.

_____
SIGNATURE

Luann Padgham
_____
PRINTED NAME

SUBSCRIBED and SWORN to before me this 20th day of April, 2011

Robin Brown
_____
Print
Notary Public in and for the State of Washington,

Residing at Spokane

My commission expires: July 21, 2012

[Notary Seal: ROBIN L BROWN, COMMISSION EXPIRES JULY 21, 2012, NOTARY PUBLIC, STATE OF WASHINGTON]

CLAIM OF LIEN - PAGE 3 OF 3

04/20/2011 03:09:05 PM    5994229
Recording Fee $64.00  Page 1 of 3
Lien      LUANN PADGHAM
Spokane County Washington



After recording return to:
Luann Padgham

901 N. Monroe, Suite 250

Spokane, WA 99201

# CLAIM OF LIEN

| | |
|---|---|
| Claimant/Grantee(s): | Luann M. Padgham |
| Person or Company Indebted to Claimant/Grantor(s): | Marcus A. DeWood |
| Abbreviated Legal Description: | JENKINS D P L1TO10 B2 INC VAC 16FT ALLEY |
| Assessor's Property Tax Parcel/Account No.: | 35182.4301 |
| Reference Numbers of Documents Assigned or Released: | |

NOTICE IS HEREBY GIVEN that the person named below claims a Lien pursuant to RCW 60.04. In support of this Lien, the following information is submitted:

1. Name of Lien Claimant:    Luann M. Padgham
2. Telephone Number:    509-993-6700
3. Address:    901 N. Monroe, Suite 250
    Spokane, WA 99201

CLAIM OF LIEN - PAGE 1 OF 3

EXHIBIT 2

4. Date on which the claimant began to perform labor, provides professional services, supply material or equipment, or the date on which the employee benefit contributions became due:  July 9, 2002

5. Name of person or contractor indebted to claimant:  Marcus A. DeWood

6. Description of the property against which a Lien is claimed:  Developed parcel commonly known as: 803 N. Post, Spokane, Washington. Parcel Number: 35182.4301. Abr. Legal Description: JENKINS D P L1TO10 B2 INC VAC 16FT ALLEY

7. Name of the owner or reputed owner:  Marcus A. DeWood

8. The last date on which labor was performed, professional services were furnished, contributions to an employee benefit plan were due, or material or equipment was furnished:  April 12, 2011

9. Principal amount for which the Lien is claimed:  $ 310,500.00

10. If the claimant is the assignee of this claim, so state here:  ☒ No
☐ Yes - Assignor: _____

STATE OF WASHINGTON   )
                     )ss.
COUNTY OF _____)

____Luann M. Padgham_____, being sworn, says: I am the claimant or an authorized representative of the claimant above named; I have read or heard the foregoing claim, read and know the contents thereof, and believe the same to be true and correct and that the claim of lien is not frivolous and is made with reasonable cause, and is not clearly excessive under penalty of perjury.

CLAIM OF LIEN - PAGE 2 OF 3

_____
SIGNATURE

Luann Padgham
PRINTED NAME

SUBSCRIBED and SWORN to before me this 20th day of April, 2011

_____
Print: Robin Brown
Notary Public in and for the State of Washington,

Residing at Spokane

My commission expires: July 21, 2012

CLAIM OF LIEN - PAGE 3 OF 3